# Court of Appeals
# of the State of Georgia

ATLANTA,  August 26, 2025

*The Court of Appeals hereby passes the following order:*

## A26E0036. CHAMEKA BOSWELL v. KIERSTON PHILLIPS.

In this pro se petition for a writ of mandamus, Chameka Boswell asks this Court to issue various orders in a pending probate court case. We are not authorized to grant such relief.

Pretermitting whether mandamus would be an appropriate procedure for the issues Boswell has raised, "it will be an 'extremely rare' circumstance that would require a party to seek a writ of mandamus in [an appellate court] in the first instance[.]"[1] Indeed, we are authorized to issue such relief "only in matters related to an appeal or impending appeal, when necessary in aid of appellate jurisdiction or to protect or effectuate appellate court judgments."[2] The present case is not one of those extremely rare instances. Consequently, Boswell's petition is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/26/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.

---

[1] *Arnold v. Alexander*, 321 Ga. 330, 335 (1) n.6 (914 SE2d 311) (2025).

[2] Id. at 335 (1).